**Tyrone RAGLAND, Plaintiff-Appellant,**

v.

**S. LEE, Correctional Officer; J.N. Dillman, Warden; Charlene Davis, Asst. for Wendy Hobbs Regional Administrator, Defendants-Appellees.**

No. 16-7688

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

Tyrone Ragland, Appellant Pro Se.

Jessica Leigh Berdichevsky, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Ragland appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ragland v. Lee*, No. 1:15-cv-01663-LMB-TCB, 2016 WL 6542844 (E.D. Va. Nov. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*